## 57353. MALLETT v. FULFORD.

QUILLIAN, Presiding Judge.

The defendant appeals from an order confirming a foreclosure sale under Code Ann. § 67-1503 et seq. (Ga. L. 1935, p. 381). This is the third appearance of the case in this court. See *Mallett v. Fulford,* 142 Ga. App. 200 (235 SE2d 650); *Mallett v. Fulford,* 147 Ga. App. 263 (248 SE2d 543). *Held:*

1. From our examination of the record and the trial judge's findings of fact we hold that the judge's findings are not clearly erroneous. See Code Ann. § 81A-152 (Ga. L. 1966, pp. 645, 646; 1970, pp. 170, 171); *Evans v. Marbut,* 140 Ga. App. 329, 332 (231 SE2d 94).

2. The enumerations of error regarding the admission of certain evidence are without merit. Code § 38-1709.

3. The judge as the trier of fact was authorized not to rely on certain opinion evidence offered by a witness for the defendant. Even though the evidence was admissible,

the judge could give it such weight as he saw fit. *Ford Motor Co. v. Hanley,* 128 Ga. App. 311(2) (196 SE2d 454); *Hogan v. Olivera,* 141 Ga. App. 399 (233 SE2d 428); *Harrison v. Tuggle,* 225 Ga. 211, 212 (2) (167 SE2d 395).

4. It was not error to confirm the sale.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

ARGUED MARCH 12, 1979 — DECIDED APRIL 9, 1979 — REHEARING DENIED MAY 3, 1979 — ■

G. *Michael Hartley, William L. Martin, III,* for appellant.

*Hollis B. Johnson,* for appellee.